■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SANDRA PEREZ, on Behalf of PABLO MAYORGA, Petitioner, v WARDEN OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, Respondent. [666 NYS2d 436] —Writ of habeas corpus in the nature of an application to readmit Pablo Mayorga to bail upon Queens County Indictment No. 423-97.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reinstating the bail previously set and posted on Queens County Indictment No. 423-97 under

the same conditions as were in existence at the time that Pablo Mayorga was remanded on November 25, 1997. Bracken, J. P., Thompson, Goldstein and Lerner, JJ., concur.